In the Matter of the Estate of Margaret Alice Davis, Deceased.

Mary Margaret Kasten, et al., Objectors-Appellees, v. John Wayne Dufner, Individually, and as Executor of the Estate of Margaret Alice Davis, Deceased, and Samuel Saxon, Petitioners-Appellants.

Nona Tilley, et al., Objectors-Cross Appellants, v. John Wayne Dufner, Individually and as Executor of the Estate of Margaret Alice Davis, Deceased, and Samuel Saxon, Petitioners-Cross Appellees.

Gen. No. 65–6.

Third District.

June 7, 1965.

Dominic F. Boetto, of Joliet, and Samuel Saxon, of Plainfield (Samuel Saxon, of counsel), for petitioners-appellants, cross appellees; Mathis, Sloan & Littler, of Peoria, for objectors-cross appellants. Opinion by JUSTICE CORYN. Not to be published in full.